**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thomas Romero RUIZ, Defendant–Appellant.**

No. 15-10287

United States Court of Appeals, Ninth Circuit.

Submitted September 13, 2016 *

Filed September 19, 2016

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Heather Sechrist, Esquire, Assistant U.S. Attorney, Christina Marie Cabanillas, Assistant U.S. Attorney, Erica Leigh Seger, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff–Appellee

Thomas Romero Ruiz, Pro Se

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Thomas Romero Ruiz appeals from the district court's judgment and challenges his jury-trial convictions and 56–month concurrent sentences for conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ruiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ruiz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.